ERIC GRANT
United States Attorney
AUDREY B. HEMESATH
NIRAV K. DESAI
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Respondents
Christopher Chestnut, et al.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

D.G.M.,

                              Petitioner,

         v.

CHRISTOPHER CHESTNUT, et al.,

                              Respondents.

CASE NO.  1:26-CV-369-TLN-CSK (HC)

**ORDER GRANTING JOINT MOTION OR INDICATIVE RULING UNDER FEDERAL RULE OF CIVIL PROCEDURE 62.1**

TU D.H.,

                              Petitioner,

         v.

CHRISTOPHER CHESTNUT, et al.,

                              Respondents.

CASE NO.  1:26-CV-539-TLN-JDP (HC)

The Court is in receipt of the parties' Joint Motion for Indicative Ruling under Federal Rule of Civil Procedure 62.1, which addresses the scope of the injunctive relief previously ordered in these cases that are now pending in the Ninth Circuit Court of Appeals.  Upon consideration of that motion and the authorities raised therein, IT IS HEREBY ORDERED that:

1.    The parties' joint motion for an indicative ruling is GRANTED.  The Court, by this order, states under Federal Rule of Civil Procedure 62.1(a)(3) that it would grant a

1

motion under Federal Rule of Civil Procedure 60(b)(6) and modify the scope of the injunctive relief issued as part of the writs of habeas corpus granted in the above-captioned cases.

2. In *D.G.M. v. Chestnut, et al.*, No. 1:26-cv-369-TLN-CSK (HC), if remanded by the Ninth Circuit Court of Appeals, this Court would add the following language to the injunctive relief in the order filed on January 30, 2026, and issue an amended order and amended judgment: "Respondents are not enjoined and restrained from detaining Petitioner in the event that the immigration court issues a final order of removal and the Petitioner receives notice of this order. In such an event, Respondents may detain Petitioner for the sole and limited purpose of executing removal pursuant to the final order of removal."

3. In *D.H. v. Chestnut, et al.*, No. 1:26-cv-539-TLN-JDP (HC), if remanded by the Ninth Circuit Court of Appeals, this Court would add the following language to the injunctive relief in the order filed on February 12, 2026, and issue an amended order and amended judgment: "Respondents are not enjoined and restrained from detaining Petitioner in the event that the immigration court issues a final order of removal and the Petitioner receives notice of this order. In such an event, Respondents may detain Petitioner for the sole and limited purpose of executing removal pursuant to the final order of removal."

4. Under Federal Rule of Civil Procedure 62.1(b), and consistent with Federal Rule of Appellate Procedure 12.1, the respondents shall promptly notify the Clerk's Office at the Ninth Circuit Court of Appeals of this order.

**IT IS SO ORDERED.**

DATED: June 18, 2026

_____
Troy L. Nunley
Chief United States District Judge

2